### LANEY *v.* LANEY and Others.—In Error.

A fraudulent conveyance is valid, as to the grantee, against the grantor and his heirs.

THIS was a bill in chancery filed by the heirs of *Joseph Laney*, deceased. *Abraham Laney* is the defendant.

The bill charges that said *Joseph Laney*, in his lifetime, conveyed a certain tract of land to said *Abraham Laney*, for the purpose of defrauding *W.* and *M. Robins*, the grantor's creditors. The bill states that there was no consideration for the conveyance; that the grantee had full knowledge of the fraudulent object of the conveyance; and that the grantor afterwards paid the *Robinses* the debt due to them. Prayer, that the conveyance be decreed to be void.

General demurrer to the bill. The demurrer was overruled, and a final decree rendered for the complainants.

*Held*, that this decree must be reversed. The conveyance is valid as to the grantee, against the grantor and his heirs. *Findley* v. *Cooley*, 1 Blackf. 262. *Drinkwater* v. *Drinkwater*, 4 Mass. 354.—1 Story's Eq. Jur. 399.— *Doe* v. *Roberts*, 2 Barn. & Ald. 367.

The decree is reversed with costs. Cause remanded with directions to the Circuit Court to sustain the demurrer. Costs here.